================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 179  SSM 15
Ana Vega,
          Respondent,
        v.
103 Thayer Street, LLC,
          Defendant,
City of New York,
          Appellant.

          Submitted by Susan Paulson, for appellant.
          Submitted by Anthony A. Ferrante, for respondent.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order reversed, with costs, order of Supreme Court, New York
County, reinstated, and certified question answered in the
negative.  The City was entitled to judgment as a matter of law.
The markings on the Big Apple Map failed to raise an issue of
fact as to whether the City had prior written notice of the
alleged defect.  Chief Judge Lippman and Judges Graffeo, Read,
Smith, Pigott, Rivera and Abdus-Salaam concur.


Decided July 1, 2014